## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROL S. ANGLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1286 |
| ) | |
| PRECO ELECTRONICS, INC., and ) | |
| VANSCO ELECTRONICS, INC. ) | |
| ) | |
| Defendants. ) | |

## O R D E R

By agreement of the parties, this cause is dismissed with prejudice and without costs with leave to reinstate on or before September 27, 2006. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on September 28, 2006. The Court retains jurisdiction to enforce the settlement. This matter is now TERMINATED.

ENTERED this 28th day of August, 2006.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge